WR-40-953-05
40-953-06

40,953-05,06

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

RICKY STROBLE
v
STATE OF TEXAS

DEAR CLERK OF COURTS.                    Nov 4th 2015

Im writing about the above, styled and numbered cause(s) of Action on 4-28-2015 your office notified me that you had Both 11.07 Habeas Corpus. To which your Honorable Court ORDER The 506th Judicial District to do a FACTS FINDING on THE Above Actions. The 506th Judicial District Court only did one FACTS FINDING on 08-02-12777B which is the 20 year Sentence, however your honorable Court dismissed the 40-953-05 without written orders. Were is WR-40,953-06 dismissal, or is it pending? And Why was WR 40,953-05 dismiss without a fact finding or Supplemental clerks record from 506th Judicial Distri Can someone please explain? I THANK You for your time, I remain your Humble servant Respectfully

12071 FM 3522
Abilene, Tx 79601